

# Claim Trace



APR - 3 2026

51 Taylor Loop, Santa Fe, NM 87508

Main Office: ⁺¹ 505.455.7722
Toll Free: ⁺¹ 800.509.2009

March 31, 2026

Clerk of the Court
United States Bankruptcy Court for the District of Colorado
721 19th St
Denver, CO  80202-2500

### Re: Application for Payment of Unclaimed Funds for Claimant:
### Martin M. Batt; Case #: 09-14463; Unclaimed Funds Amount: $26,832.23

Dear Clerk,

Please accept the enclosed "**Application for Payment of Unclaimed Funds**" relating to the above-referenced bankruptcy matter.  The enclosed materials establish the identity of the claimant and the claimant's entitlement to the funds held by the Court.

The original claimant, **Martin Batt**, is deceased.  The funds are being claimed by the surviving spouse, **Suzanne Crawford Batt**, who is the lawful successor entitled to collect the property.  No probate estate has been opened for the decedent. To the best of the applicant's knowledge, no probate estate has been opened for the decedent and no competing claim has been asserted for the funds held by the Court in this matter.

Pursuant to **Florida Statutes §732.102**, an executed "Affidavit of Surviving Spouse, Successor, and Indemnification" establishing Suzanne Crawford Batt authority to receive the property as successor from the decedent is enclosed along with supporting documentation.  The successor has also executed a Limited Power of Attorney appointing **Claim Trace, LC**. as Attorney-in-Fact for the purpose of pursuing recovery of these funds.  The successor has also executed an 'Assignment of Rights to Government Held-Monies', and a notarized 'Letter of Direction' for the purpose of supporting documentation regarding the recovery of these funds which you will find enclosed.

For ease of review, the enclosed materials include:

### Court Requested Enclosures:

1. Copy of Package served to the United States Attorney for the District of Colorado as requested
2. Notarized Form 1340 for Application for Payment of Unclaimed Funds
3. Government Identification for Claimant's Successor Suzanne Crawford Batt
4. Signed AO-213P Form

**Legal Authority Enclosures:**

1. State Affidavit of Surviving Spouse, Successor, and Indemnification per FL Stat. §732.102
2. Death Certificate of the Original Claimant
3. Letter of Direction from Claimant's Successor Suzanne Crawford Batt
4. Partial Assignment of Rights to Government Held-Monies
5. Limited Power of Attorney appointing Claim Trace, LC.
6. Claim Trace, LC:  EIN Notice
7. Claim Trace, LC:  Certificate of Good Standing
8. Claim Trace, LC:  Articles of Organization
9. Claim Trace, LC:  Operating Agreement
10. Claim Trace, LC:  Government Identification for Manager
11. Claim Trace, LC:  Wiring Instructions

These documents are listed in the "Exhibit Index" found on the next page, and submitted in accordance with the Court's procedures for payment of unclaimed funds.

Should the Court require any additional documentation or clarification, or if you have any questions or concerns about this application and/or claim, please contact me at the above address, or by my direct telephone at: **(505) 365-0170**, or our office at: (505) 455-7722.  Thank you.

Respectfully submitted,

*Attorney-in-Fact for: Suzanne Batt*

Terrence A. Struna
By: Claim Trace, LC., *Attorney-in-Fact for:*
Suzanne Crawford Batt, *Surviving Spouse of Martin M. Batt*
By: Terrence A. Struna, *Manager*
me@claimtrace.org

enc.

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Application for Payment of Unclaimed Funds and supporting documents was served upon the Office of the United States Attorney for the District of Colorado, addressed as follows:

Office of the United States Attorney
District of Colorado
1801 California St, Ste 1600
Denver, CO  80202-2628

FedEx, tracking number: **870185288633**

Terrence A. Struna
By: Claim Trace, LC., *Attorney-in-Fact for:*
Suzanne Crawford Batt, *Surviving Spouse of Martin M. Batt*
By: Terrence A. Struna, *Manager*

**Fill in this Information to identify the case:**

Debtor 1   Tapestry Pharmaceuticals, Inc.
          First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of Colorado
                                                        (State)

Case number: 09-14463

APR - 3 2026

---

**Form 1340 (12/23)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1.   Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| | |
|---|---|
| Amount: | **$26,832.23** |
| Claimant's Name: | Suzanne Crawford Batt, Surviving Spouse of Martin M. Batt (Claimant – Deceased) |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 1010 American Eagle Blvd, Apt 548<br>Sun City Center, FL 33517<br>Phone: 813-716-7265<br>Email: SueBatt5@gmail.com |

### 2.   Claimant Information

Applicant[2] represents the following:

☐   The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑   The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:
   Martin M. Batt

☐   If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3.   Applicant Information

Applicant represents the following:

☐   Applicant is the Claimant.
☑   Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).
☐   Applicant is a representative of the deceased Claimant's estate.

---

[1]  The Claimant is the party entitled to the unclaimed funds.
[2]  The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3]  The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
_____ District of _Colorado_
*[Court enters address here]*

| | |
|---|---|
| **5. Applicant Declaration**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _3/13/26_<br><br>_(signature) - Attorney-in-Fact_<br>Signature of Applicant<br>_Suzanne Crawford Batt, Surviving Spouse of Martin Batt_<br>By: Claim Trace, LC, Attorney-in-Fact _for Suzanne Crawford_<br>Printed Name of Applicant _Batt_<br>By: Terrence A. Struna, Manager<br><br>Address: 51 Taylor Loop, Santa Fe, NM 87508-4401<br><br><br>Telephone: (505) 365-0170<br><br>Email: sprucehelp@gmail.com | **5. Co-Applicant Declaration (if applicable)**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _____<br><br>_____<br>Signature of Co-Applicant (if applicable)<br><br><br>_____<br>Printed Name of Co-Applicant (if applicable)<br><br><br>Address:<br><br><br>Telephone: _____<br><br>Email: _____ |
| **6. Notarization**<br>STATE OF _Utah_<br><br>COUNTY OF _Salt Lake_<br><br>This Application for Unclaimed Funds, dated _Mar 13 2026_ was subscribed and sworn to before me this _13_ day of _march_, 20 _26_ by<br><br>_Terrence A Struna_<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)     Notary Public _Makenzie Skye Hodgson_<br><br>My commission expires:<br>_22 April 2028_<br><br>*MAKENZIE SKYE HODGSON*<br>*Notary Public - State of Utah*<br>*Comm. No. 736843*<br>*My Commission Expires on*<br>*Apr 22, 2028* | **6. Notarization**<br>STATE OF _____<br><br>COUNTY OF _____<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____day of _____, 20_____by<br><br>_____<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)     Notary Public _____<br><br>My commission expires: |