United States Bankruptcy Court

District of Colorado

In re:                                                          Case No. 09-14463-KHT

Tapestry Pharmaceuticals, Inc.                                  Chapter 11

　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2026 | Form ID: pdf904 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol　　　Definition**

+ 　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tapestry Pharmaceuticals, Inc., 2310 S.E. Delaware Ave, Suite G281, Ankeny, IA 50021-4767 |
| intp | + | Debt Acquisition Co. of America, C/O Howard Justus, 710 Amiford Dr, San Diego, CA 92107-4204 |
| sp | + | J. Michael Bishop, Smiley, Bishop & Porter, LLP, 1050 Crown Pointe Pkwy., Atlanta, GA 30338-7716 |
| intp | + | Rodger Lamb, 16850 E. 116th Ct., Commerce City, CO 80022-9776 |
| intp | | Suzanne Crawford Batt, Surviving Souse of Martin M, 1010 American Eagle Blvd, Apt 548, Sun City, FL 33517 |
| cr | | Tang Capital Partners, 4747 Executive Drive, Suite 510, San Diego, CA 92121-3100 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026　　　　　　　　　　Signature:　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dilks & Knopik, LLC | CMECF@dilksknopik.com  dilksknopik@ecf.courtdrive.com |
| Duncan E. Barber | on behalf of Debtor Tapestry Pharmaceuticals  Inc. dbarber@os.law, ahenderson@os.law;rbohl@os.law;kjones@os.law;kleonhardt@os.law |
| Michael A. Koertje | on behalf of Creditor The Boulder County Treasurer ajohnson@co.boulder.co.us  mkoertje@co.boulder.co.us |
| Steven T Mulligan | on behalf of Debtor Tapestry Pharmaceuticals  Inc. smulligan@cp2law.com, |

District/off: 1082-1                  User: admin                          Page 2 of 2
Date Rcvd: May 06, 2026               Form ID: pdf904                       Total Noticed: 6

                          smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com;Mulligan.StevenT.B113756@notify.bestcase.com

Steven T Mulligan
                          on behalf of Filing Agent Tapestry Creditor Trust smulligan@cp2law.com
                          smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com;Mulligan.StevenT.B113756@notify.bestcase.com

Tamara Kotzker
                          on behalf of Creditor Irs tamara.l.kotzker@irscounsel.treas.gov

US Trustee
                          USTPRegion19.DV.ECF@usdoj.gov


TOTAL: 7

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

---

Date: May 6, 2026                                      HONORABLE KIMBERLEY H. TYSON, Presiding

---

In re:    Tapestry Pharmaceuticals, Inc.,                Debtor.          Case No: 09-14463-KHT
                                                                                              Chapter 11

---

Appearances:

| | | | |
|---|---|---|---|
| Debtor | | Counsel | |
| US Trustee | | Counsel | |
| Case Trustee | | Counsel | |
| Creditor | Suzanne Crawford Batt | Agent | Terry Struna of Claim Trace, LC |
| Creditor | | Counsel | |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings:   Telephonic Non-Evidentiary Hearing on the Application for Payment of Unclaimed Funds (Docket #350) and Supplemental Documentation (Docket #351) filed by Suzanne Crawford Batt, (Surviving Spouse of Martin M. Batt) on April 3, 2026.

[X]    Claim Trace entered its appearance and made statements to the Court.

---

Orders:

[X]    The hearing is continued until **Monday**, **June 15**, **2026.** For the reasons discussed on the record, a time will be set after Claim Trace confers with Mrs. Batt and contacts the Court. Claim Trace may reach the Court by phone at 720-904-7362.

---

Date: May 6, 2026                                      FOR THE COURT:
                                                                      *Kenneth S. Gardner, Clerk of the Bankruptcy Court*


                                                                      By:   */s/ John Gordon*
                                                                              Law Clerk